The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HILDA SOLIS,[1] Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS,<br><br>Defendant. | No. 3:08-cv-05362-RJB<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY PERIOD AND ADJUST CORRESPONDING DEADLINES**<br><br>Noted for Consideration: May 7, 2009 |

COME NOW, Plaintiff, the Secretary of Labor (hereinafter "Plaintiff") and the Defendant, Washington State Department of Corrections (hereinafter "Defendant") and file this Stipulated Motion to Extend Discovery Period pursuant to LR 7 and 10(g) and, in support, set forth the following:

1. The Court set the original discovery deadline in this matter for May 18, 2009, with discovery motions due on April 27, 2009 (Minute Order Setting Trial, Pretrial Dates and Ordering Mediation, Dkt 12).

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure the caption has been changed to reflect the confirmation of Secretary Solis.

STIPULATED MOTION TO EXTEND DISCOVERY
DEADLINES - 1 of 5

2. In response to Plaintiff's First Set of Requests for Production, to date, Plaintiff has received one disc of documents and has been informed by Defendant that it is reviewing and may produce twenty-five (25) additional discs of documents responsive to Plaintiff's discovery request. To adequately evaluate Defendant's production to determine if discovery motions are necessary, the Parties seek relief from the Minute Order, Dkt. 12.

3. Similarly, Plaintiff has produced documents and has responded to Respondent's First Set of Discovery. The Parties have held a discovery conference and Plaintiff has agreed to supplement responses. Those responses are being prepared and Defendant needs time to evaluate the sufficiency of those responses to determine if discovery motions are necessary.

4. The parties have attached hereto as Exhibit A a proposed order granting this stipulated motion.

WHEREFORE, the parties request that this Court enter an Order setting the deadline for discovery motions to be filed by May 27, 2009 and for discovery to be completed by June 19, 2009, with the corresponding adjustment of trial and pretrial deadlines as proposed.

//
//
//
//
//
//

Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, Washington 98101
(206) 553-0940

Respectfully submitted this 7th day of May, 2009,

| | |
|---|---|
| CAROL DE DEO<br>Deputy Solicitor for National Operations | ROBERT M. MCKENNA<br>Attorney General |
| LAWRENCE BREWSTER<br>Regional Solicitor | _____/s/_____<br>KARA A. LARSEN<br>WSBA No. 19247 |
| BRUCE L. BROWN<br>WSBA No. 18844<br>Associate Regional Solicitor | Assistant Attorney General<br>Attorney for the Defendant |
| ABIGAIL G. DAQUIZ<br>WSBA No. 35521<br><br>_____/s/_____<br>Counsel for Plaintiff<br>U.S. DEPARTMENT OF LABOR<br>1111 Third Ave., Suite 945<br>Seattle, WA 98101<br>Phone: (206) 553-0940<br>Fax: (206) 553-2768<br>E-mail: brown.bruce.l@dol.gov<br>daquiz.abigail@dol.gov | Office of the Attorney General<br>Labor and Personnel Division<br>PO Box 40145<br>Olympia, WA 98504-0145<br>Phone: (360) 664-4167<br>Fax: (360) 664-4170<br>Email: KaraL@atg.wa.gov |

STIPULATED MOTION TO EXTEND DISCOVERY
DEADLINES - 3 of 5

Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, Washington 98101
(206) 553-0940

**EXHIBIT A**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HILDA SOLIS,[2] Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS,<br><br>Defendant. | No. 3:08-cv-05362-RJB |

## **ORDER**

Considering the foregoing Stipulated Motion and Order to Extend Discovery Period filed on behalf of Plaintiff, the Secretary of Labor, and Defendant, Washington State Department of Corrections,

IT IS HEREBY ORDERED THAT the MINUTE ORDER SETTING TRIAL, PRETRIAL DATES, AND ORDERING MEDIATION, at Dkt. 12 be amended to reflect the following:

| | |
|---|---|
| 20 Days BENCH TRIAL set for | **12/07/2009  9:30 am** |
| All motions related to discovery must be FILED by | **05/27/2009** |
| Discovery COMPLETED by | **06/19/2009** |
| All dispositive motions must be FILED by | **07/21/2009** |

---

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure the caption has been changed ot reflect the confirmation of Secretary Solis.

STIPULATED MOTION TO EXTEND DISCOVERY
DEADLINES - 4 of 5

Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, Washington  98101
(206) 553-0940

| Settlement conference per CR 3931(c)(2) | 07/16/2009 |
|---|---|
| Mediation per 39.1(c)(3) HELD no later than | 08/17/2009 |
| Letter of compliance as to CR as to CR 39.1 FILED by | 08/24/2009 |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the second Friday thereafter. | **11/09/2009** |
| Agreed pretrial order LODGED with the court by | **11/20/2009** |
| Pretrial conference will be HELD on (COUNSEL SHALL REPORT TO COURTROOM A) | **11/25/2009  8:30 am** |
| Trial briefs, proposed voir dire & jury instructions due | **11/25/2009** |

Dated this 12th day of May, 2009.

*(signature)*

ROBERT J. BRYAN
United States District Judge

Presented by,

| | |
|---|---|
| CAROL DE DEO<br>Deputy Solicitor for National Operations | ROBERT M. MCKENNA<br>Attorney General |
| LAWRENCE BREWSTER<br>Regional Solicitor | /s/<br>KARA A. LARSEN<br>WSBA No. 19247<br>Assistant Attorney General |
| BRUCE L. BROWN<br>WSBA No. 18844<br>Associate Regional Solicitor | Attorney for the Defendant |
| ABIGAIL G. DAQUIZ<br>WSBA No. 35521 | Office of the Attorney General<br>Labor and Personnel Division<br>PO Box 40145<br>Olympia, WA 98504-0145 |
| /s/<br>Counsel for Plaintiff<br>U.S. DEPARTMENT OF LABOR<br>1111 Third Ave., Suite 945<br>Seattle, WA 98101<br>Phone:     (206) 553-0940<br>Fax:        (206) 553-2768<br>E-mail:    brown.bruce.l@dol.gov<br>             daquiz.abigail@dol.gov | Phone:    (360) 664-4167<br>Fax:        (360) 664-4170<br>Email:     KaraL@atg.wa.gov |

STIPULATED MOTION TO EXTEND DISCOVERY
DEADLINES - 5 of 5

Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, Washington  98101
(206) 553-0940