UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HILDA SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS,<br><br>Defendant. | No. 3:08-cv-05362-RJB |

## **ORDER**

Considering the foregoing Stipulated Motion and Order to Continue the Trial Date filed on behalf of Plaintiff, the Secretary of Labor, and Defendant, Washington State Department of Corrections,

IT IS HEREBY ORDERED THAT the MINUTE ORDER SETTING TRIAL, PRETRIAL DATES, AND ORDERING MEDIATION, at Dkt. 12 and the Order setting the new trial schedule at Dkt. 29 be amended to reflect the following:

| | |
|---|---|
| 20 Days BENCH TRIAL set for | **01/25/2010** |
| Motions in limine should be FILED by and NOTED on the motion calendar no later than the third Friday thereafter. | **12/04/2009** |
| Agreed pretrial order LODGED with the court by | **12/04/2009** |

Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, Washington 98101
(206) 553-0940

| Pretrial conference will be HELD on (COUNSEL SHALL REPORT TO COURTROOM A) | 01/15/2010 |
|---|---|
| Trial briefs DUE | 01/20/2010 |

Dated this 6th day of November, 2009.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

presented by,

| | |
|---|---|
| DEBORAH GREENFIELD<br>Acting Deputy Solicitor | ROBERT M. MCKENNA<br>Attorney General |
| LAWRENCE BREWSTER<br>Regional Solicitor | _____/s/_____<br>KARA A. LARSEN<br>WSBA No. 19247 |
| BRUCE L. BROWN<br>WSBA No. 18844<br>Associate Regional Solicitor | Assistant Attorney General<br>Attorney for the Defendant |
| DONNA F. BOND<br>WSBA No. 36177 | Office of the Attorney General<br>Labor and Personnel Division<br>PO Box 40145<br>Olympia, WA 98504-0145 |
| ABIGAIL G. DAQUIZ<br>WSBA No. 35521 | Phone: (360) 664-4167<br>Fax: (360) 664-4170<br>Email: KaraL@atg.wa.gov |
| _____/s/_____<br>Counsel for Plaintiff<br>U.S. DEPARTMENT OF LABOR<br>1111 Third Ave., Suite 945<br>Seattle, WA 98101<br>Phone: (206) 553-0940<br>Fax: (206) 553-2768<br>E-mail: brown.bruce.l@dol.gov<br>bond.donna@dol.gov<br>daquiz.abigail@dol.gov | |

STIPULATED MOTION TO CONTINUE TRIAL DATE - 2 of 2

Office of the Solicitor
U.S. Department of Labor
1111 Third Avenue, Suite 945
Seattle, Washington 98101
(206) 553-0940